UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BACK COUNTRY HORSEMEN OF            )
AMERICA,                            )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )
MIKE JOHANNS, in his official capacity )
as Secretary of the United States   )   Civil Action No. 05-0960 (ESH)
Department of Agriculture, the UNITED )
STATES DEPARTMENT OF                )
AGRICULTURE, DALE BOSWORTH, in      )
his official capacity as Chief of the United )
States Forest Service; and the UNITED )
STATES FOREST SERVICE,              )
                                    )
        Defendants.                 )
_____ )

## ORDER

Upon consideration of plaintiff's Motion for Summary Judgment and Motion to Supplement the Administrative Record, defendant's Cross-Motion for Summary Judgment, both parties' written submissions pursuant thereto, and the administrative record, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment [#17] is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that defendant's Cross-Motion for Summary Judgment [#18] is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiff's Motion to Supplement the Administrative Record [#23] is **GRANTED**; it is further

**ORDERED** that the case be remanded to the United States Forest Service for further proceedings consistent with the attached Memorandum Opinion.

**SO ORDERED**.

                                           _____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   March 29, 2006